AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Selna, James V. | United States District Court, Central District of California | 05/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and US Courthouse
411 W. 4th Street
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 2 |
| 2. | Custodian | Custodan of Account 1; Custodian of Accounts JSL 1 through 3, BCS 1 through 6, and SSD 1 through 3 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2012 | O'Melvey & Myers--retirement pension, paid monthly | $112,896.00 |
| 2. 2012 | Selna Descendants Trust for the Benefit of James V. Selna --life income beneficiary, paid periodically throughout year | $16,737.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Association of Business Trial Lawyers | April 12-13, 2013 | San Diego, California | Joint Board Meeting | Food, Lodging, Mileage |
| 2. | Association of Business Trial Lawyers | October 3-6, 2013 | Laguna Niguel, Calfornia | Annual Meeting, Seminar Participant | Food, Lodging, Mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property: | | | | | | | | | |
| 2. Parcel 1, Cambria, CA | | None | M | W | | | | | |
| 3. Parcel 2, Antelope Valley, CA | | None | K | W | | | | | |
| 4. | | | | | | | | | |
| 5. Held in Account 1 | | | | | | | | | |
| 6. AT & T Corp. common | D | Dividend | M | T | | | | | |
| 7. Time Warner Inc. (TWX) | A | Dividend | K | T | | | | | |
| 8. Time Warner Cable (TWC) | A | Dividend | K | T | | | | | |
| 9. Comcast Corp. class A common | A | Dividend | J | T | | | | | |
| 10. Corning common | A | Dividend | K | T | | | | | |
| 11. General Electric common | C | Dividend | M | T | | | | | |
| 12. Estee Lauder common | A | Dividend | J | T | | | | | |
| 13. DirecTV (DTV) | | None | J | T | | | | | |
| 14. McKesson Corp. common | A | Dividend | | | Sold | 10/16/13 | K | E | |
| 15. Microsoft common | B | Dividend | L | T | | | | | |
| 16. Newell Rubbermain common | A | Dividend | K | T | | | | | |
| 17. Pepsico Inc. common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Tyson Foods Inc. common | A | Dividend | K | T | | | | | |
| 19.  Walmart common | B | Dividend | L | T | | | | | |
| 20.  Excel Energy Inc. common | D | Dividend | M | T | Donated (part) | | | | |
| 21.  Charles Schwab Muni Money Fund | A | Dividend | M | T | | | | | |
| 22.  Supervalu Inc. common | A | Dividend | | | Sold | 10/16/13 | J | A | |
| 23.  Bed Bath & Beyond common | | None | L | T | | | | | |
| 24.  Southwest Airlines common | A | Dividend | K | T | | | | | |
| 25.  Consolidated Edison | B | Dividend | L | T | | | | | |
| 26.  Pimco Total Return | A | Distribution | M | T | | | | | |
| 27. | A | Dividend | | | | | | | |
| 28.  Gabelli Cmall Cap Growth | A | Distribution | K | T | | | | | |
| 29.  AGL Resources common | B | Dividend | K | T | | | | | |
| 30.  Verrizon common | B | Dividend | K | T | | | | | |
| 31.  CSX common | A | Dividend | K | T | | | | | |
| 32.  HJ Heinz common | A | Dividend | | | Sold | 06/10/13 | L | E | |
| 33. | | | | | | | | | |
| 34.  Held in Account 3: | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 36. AOL Inc. (AOL) | | None | J | T | | | | | |
| 37. Time Warner Cable | A | Dividend | J | T | | | | | |
| 38. Charles Schwab Money Market | A | Dividend | J | T | | | | | |
| 39. Intel Corp. common | A | Dividend | J | T | | | | | |
| 40. Ford Motor common | A | Dividend | J | T | | | | | |
| 41. Advanced Micro Devices common | | None | J | T | | | | | |
| 42. Brown Shoe common | A | Dividend | K | T | | | | | |
| 43. Manitowoc Company common | A | Dividend | K | T | | | | | |
| 44. Safeway common | A | Dividend | K | T | | | | | |
| 45. New York Times common | | None | | | Sold | 10/17/13 | J | D | |
| 46. Jet Blue common | | None | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. Held in Account 4: | | | | | | | | | |
| 49. Duke Energy common | A | Dividend | J | T | | | | | |
| 50. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 51. Schwab S & P Investors Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Charles Schwab Money Market | A | Dividend | J | T | | | | | |
| 53. Bank of America | A | Dividend | J | T | | | | | |
| 54. Brown Shoe Company Inc. | A | Dividend | J | T | Sold (part) | 12/30/13 | J | A | |
| 55. Cabellas Inc. | | None | J | T | Sold (part) | 02/05/13 | J | B | |
| 56. CVS Caremark | A | Dividend | K | T | Sold (part) | 12/30/13 | J | B | |
| 57. Corning | A | Dividend | J | T | | | | | |
| 58. Intel Corporation | A | Dividend | J | T | | | | | |
| 59. Stanley Black & Decker | A | Dividend | J | T | | | | | |
| 60. Safeway common | A | Dividend | J | T | Buy | 02/19/13 | J | | |
| 61. | | | | | | | | | |
| 62. Held in Account 5: | | | | | | | | | |
| 63. AT & T Corp. common | D | Dividend | M | T | Buy (add'l) | 11/14/13 | L | | |
| 64. Comcast Corp. common | A | Dividend | K | T | | | | | |
| 65. Supervalu Inc. | | None | J | T | | | | | |
| 66. Time Warner Inc. (TWX) | A | Dividend | J | T | | | | | |
| 67. Time Warner Cable (TWC) | A | Dividend | K | T | | | | | |
| 68. Conagra Foods common | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   GNMA PL #422670 | A | Interest | J | T | | | | | |
| 70. | A | Distribution | | | | | | | |
| 71.   Dell Compuuter common | A | Dividend | | | Sold | 10/13/13 | L | A | |
| 72.   Ford Motor Co. common | B | Dividend | L | T | | | | | |
| 73.   Hewlett-Packard common | C | Dividend | M | T | | | | | |
| 74.   Jones Apparel Group | A | Dividend | J | T | | | | | |
| 75.   Liberty Interactive (LINTA) (name change) | | None | K | T | | | | | |
| 76.   Liberty Interactive (LVNTA) | | None | J | T | | | | | |
| 77.   Liberty Media Holding (LMCA) | | None | J | T | Distributed (part) | 01/16/13 | J | A | |
| 78.   Starz Liberty Cap | | None | J | T | Spinoff (from line 77) | 01/16/13 | J | | |
| 79.   DirecTV (DTV) | | None | K | T | | | | | |
| 80.   Mattel Inc. common | A | Dividend | K | T | | | | | |
| 81.   Microsoft common | C | Dividend | M | T | | | | | |
| 82.   Oralce common | B | Dividend | M | T | | | | | |
| 83.   Sempra Energy | B | Dividend | L | T | | | | | |
| 84.   Thermo Fisher common | A | Dividend | L | T | | | | | |
| 85.   Tyson Foods Inc. common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Symantec Corp. | A | Dividend | J | T | | | | | |
| 87. Viacom Class B new | A | Dividend | L | T | | | | | |
| 88. CBS Corp. Class B | A | Dividend | K | T | | | | | |
| 89. Waste Management common | B | Dividend | L | T | | | | | |
| 90. Xcel Energy, Inc. common | A | Dividend | J | T | | | | | |
| 91. Charles Schwab Money Market Fund | A | Dividend | M | T | | | | | |
| 92. Southwest Airlines common | A | Dividend | K | T | | | | | |
| 93. Intel Corp. | C | Dividend | M | T | | | | | |
| 94. Wal-Mart Stores Inc. | B | Dividend | L | T | | | | | |
| 95. Apache Corporation | A | Dividend | M | T | | | | | |
| 96. Home Depot common | C | Dividend | L | T | Sold (part) | 12/30/13 | L | E | |
| 97. General Electric common | B | Dividend | K | T | | | | | |
| 98. Boeing common | B | Dividend | L | T | Sold (part) | 11/14/13 | L | E | |
| 99. Rockwell Collins common | B | Dividend | L | T | | | | | |
| 100. Chevron Corp. | C | Dividend | M | T | | | | | |
| 101. CVS Caremark | B | Dividend | M | T | | | | | |
| 102. Northrop Grumman | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HJ Heinz common | A | Dividend | | | Sold | 06/10/13 | L | E | |
| 104. DuPont | A | Dividend | L | T | | | | | See Section VIII. |
| 105. | | | | | | | | | |
| 106. Held in Account 7: | | | | | | | | | |
| 107. Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 108. IBM common | A | Dividend | J | T | | | | | |
| 109. | | | | | | | | | |
| 110. Held as Custodian: | | | | | | | | | |
| 111. Excel Engergy Inc. common | C | Dividend | L | T | | | | | |
| 112. | | | | | | | | | |
| 113. Trust No. 2: | | | | | | | | | |
| 114. Schwab Vaulue Advantage Fund | A | Dividend | J | T | | | | | |
| 115. Los Angeles, CA bond 3/1/15 | B | Interest | K | T | | | | | |
| 116. GNMA PL #569964 | A | Interest | J | T | | | | | |
| 117. | A | Distribution | | | | | | | |
| 118. National Grid PLC | A | Dividend | J | T | | | | | |
| 119. AGL Resources | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Sempra Energy common | A | Dividend | J | T | | | | | |
| 121. Xcel Energy Inc. common | A | Dividend | K | T | | | | | |
| 122. BRE Properties Inc. | A | Dividend | K | T | | | | | |
| 123. | A | Distribution | | | | | | | |
| 124. Urstadt Biddle Properties | A | Dividend | J | T | | | | | |
| 125. Urstadt Biddle Class A | A | Dividend | J | T | | | | | |
| 126. Charles Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 127. Bank of America Corp. | A | Dividend | K | T | | | | | |
| 128. AT & T Corp. new | D | Dividend | M | T | | | | | |
| 129. Royal Dutch Shell A | C | Dividend | K | T | Buy | 03/28/13 | L | | |
| 130. | | | | | | | | | |
| 131. Held in Account 8: | | | | | | | | | |
| 132. Cisco Systems common | B | Dividend | K | T | | | | | |
| 133. General Electric common | A | Dividend | J | T | | | | | |
| 134. | | | | | | | | | |
| 135. O & M Investment Partners: | | | | | | | | | |
| 136. O & M Investment Partners/Lesser Moore | A | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  O & M Investment Partners/Playa Vista | | None | J | U | | | | | |
| 138.  O & M Investment Partners/Playa Vista II | | None | J | U | | | | | |
| 139.  O & M Investment Partners/Post Street | | None | J | U | | | | | |
| 140. | | | | | | | | | |
| 141.  Bank Accounts: | | | | | | | | | |
| 142.  Bank of America | | None | K | T | | | | | |
| 143.  One West Bank | B | Interest | M | T | | | | | |
| 144.  One West Bank | A | Interest | M | T | | | | | |
| 145. | | | | | | | | | |
| 146.  Custodian Accounts: | | | | | | | | | |
| 147.  Custodian Account BCS 1 | | | | | | | | | |
| 148.  X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 149.  Custodian Account BCS 2 | | | | | | | | | |
| 150.  X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 151.  Custodian Account BCS 3 | | | | | | | | | |
| 152.  X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 153.  Custodian Account BCS 4 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 155. Custodian Account BCS 5 | | | | | | | | | |
| 156. X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 157. Custodian Account BCS 6 | | | | | | | | | |
| 158. X Excel common | | None | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 159. Custodian Account JSL1 | | | | | | | | | |
| 160. X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 161. Custodian Account JSL2 | | | | | | | | | |
| 162. X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 163. Custodian Account JSL3 | | | | | | | | | |
| 164. X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 165. Custodian Account SSD1 | | | | | | | | | |
| 166. X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 167. Custodian Account SSD2 | | | | | | | | | |
| 168. X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |
| 169. Custodian Account SSD3 | | | | | | | | | |
| 170. X Excel common | A | Dividend | J | T | Buy (add'l) | 12/10/13 | J | | Partial Gift |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Selna, James V. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4, Section VII, line 13 of the 2012 Report, Limited Brands common. I inadvertently failed to note that the shares were sold in 2012. The entry should have read:

Limited Brands common D Dividend K T  Sold 5-7-12 L D

Because the stock was sold in 2012, it is dropped from this report.

Page 6, Section VII, line 104 of the 2013 Report, DuPont. I inadvertently failed to report the purchase in 2013. The following should have appeared in the 2012 Report at page 10, Section VII, line 105.

DuPont common A Dividend L T Buy 5-7-12 L

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James V. Selna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544